**RUSSELL M. WOLFSON**
*Attorney at Law*
The Woolworth Building
233 Broadway, Suite 2200
New York, New York 10279
T (212) 792-0198
F (646) 225-5299
rwolfson@wolfsonesq.com
www.wolfsonesq.com

August 22, 2008

**VIA FACSIMILE (212) 805-7941**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

      Re:  Guy Morris and 56 Walker, LLC v. David Lee, et al.
           Case No. 08 CV 6673

Dear Judge Preska:

    I represent defendants David Lee and VCD Construction Inc. in the above-captioned action. Enclosed please a stipulation extending my clients' time to respond to the complaint in this action to and including September 12, 2008. This letter and stipulation are being electronically filed simultaneously herewith.

    Thank you for your attention to this matter.

Respectfully submitted,

Russell M. Wolfson (RW2847)

Enclosure
Cc:  Clients (via facsimile)
       Charles M. Tomaselli, Esq. (via facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GUY MORRIS and 56 WALKER, LLC,

                Plaintiffs,

-against-

DAVID LEE, VCD CONSTRUCTION, INC.,
MICHAEL HALL LOMBARDI and LOMBARDI
CONSULTING,

                Defendants.
----------------------------------------------------------x

Case No. 08 CV 6673
(LAP)

STIPULATION
EXTENDING TIME TO
ANSWER

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties that defendants David Lee and VCD Construction, Inc.'s time to appear, answer or otherwise respond to the complaint in the above-captioned action shall be extended to and including September 12, 2008; and

**IT IS FURTHER STIPULATED AND AGREED** that for the purpose of the within Stipulation, a fully executed faxed copy of same shall be deemed an original and may be filed in Court.

Dated: August 22, 2008

DICKERSON, TOMASELLI & MULLEN, LLP
Attorneys for Plaintiffs

By: _____
    Charles M. Tomaselli (CT9719)

780 Third Avenue
New York, New York 10007
(212) 943-7000

RUSSELL M. WOLFSON
Attorney for Defendants David Lee and
VCD Construction, Inc.

By: _____
    Russell M. Wolfson (RW2847)
The Woolworth Building
233 Broadway, Suite 2200
New York, New York 10279
(212) 792-0198

So Ordered:

_____
Judge Loretta A. Preska