USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
GUY MORRIS and 56 WALKER, LLC,

                Plaintiffs,

-against-

DAVID LEE, VCD CONSTRUCTION, INC.,
MICHAEL HALL LOMBARDI and LOMBARDI
CONSULTING,

                Defendants.
--------------------------------------------------------x

Case No. 08 CV 6673
(LAP)

STIPULATION
EXTENDING TIME TO
ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties that defendants David Lee and VCD Construction, Inc.'s time to appear, answer or otherwise respond to the complaint in the above-captioned action shall be extended to and including September 12, 2008; and

IT IS FURTHER STIPULATED AND AGREED that for the purpose of the within Stipulation, a fully executed faxed copy of same shall be deemed an original and may be filed in Court.

Dated: August 22, 2008

DICKERSON, TOMASELLI & MULLEN, LLP
Attorneys for Plaintiffs

By: _____
    Charles M. Tomaselli (CT9719)

780 Third Avenue
New York, New York 10007
(212) 943-7000

RUSSELL M. WOLFSON
Attorney for Defendants David Lee and
VCD Construction, Inc.

By: _____
    Russell M. Wolfson (RW2847)
The Woolworth Building
233 Broadway, Suite 2200
New York, New York 10279
(212) 792-0198

So Ordered:

_____
Judge Loretta A. Preska

August 25, 2008