USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

| | |
|---|---|
| GUY MORRIS and 56 WALKER, LLC, | 08 CV 6673 (LAP/AJP) |
| Plaintiff, | ORDER |
| v. | |
| DAVID LEE, VCD CONSTRUCTION, INC., MICHAEL HALL LOMBARDI and LOMBARDI CONSULTING, | |
| Defendants. | |

-------------------------------------------------X

| | |
|---|---|
| VCD CONSTRUCTION, INC., | 08 CV 6724 (LAP/AJP) |
| Plaintiff, | |
| v. | |
| 56 WALKER LLC and "JOHN DOE 1" through "JOHN DOE 10", inclusive, as those persons and entities having an interest in real property located at 56 Walker Street, New York, New York, | |
| Defendants. | |

-------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

At the pretrial conference held today, it was agreed that

1) discovery shall close on June 30, 2010, with no extensions;

2) any party wishing to make a motion shall inform the Court of the bases thereof by letter no later than June 30, 2010; and parties opposing the

motion(s) shall state the reasons therefore by letter dated no later than July 7, 2010;

3) Counsel shall appear for a conference on July 21, 2010 at 9:00 a.m. in Courtroom 12A at 500 Pearl Street, New York, New York; and

4) Counsel for Plaintiff and VCD Construction shall confer and inform the Court by letter of the status of the related State Court action within a week after the scheduled conference in State Court.

SO ORDERED:

Dated: January 15, 2010

_____
LORETTA A. PRESKA, Chief U.S.D.J.

08cv6673order